IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., </br></br>Plaintiffs,</br>v.</br></br>DePINTO CARPENTRY, L.L.C.,</br></br>Defendants. | )</br>)</br>)</br>)  Case No. 13 cv 117</br>)  Judge Guzman</br>)</br>)</br>)</br>) |

### MOTION FOR AGREED JUDGMENT ORDER

Plaintiffs, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., by their attorney, David Whitfield, move this court to enter an agreed judgment order in the sum of $33,495.73. In support, Plaintiffs state as follows:

1. The Parties have jointly agreed to an agreed judgment order in the sum of $33,495.73, representing amounts in ERISA contributions, interest on ERISA contributions, liquidated damages, dues, and reasonable attorney fees and costs for the period of September 1, 2012 through November 30, 2012. (See **Exhibit A, Agreed Judgment**)

WHEREFORE, Plaintiffs pray that their motion for agreed order of dismissal is entered in the amount of $33,495.73.

Respectfully submitted,

By: /s/ David Whitfield

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700  Fax (312) 251-9701

1